UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN KAZIK,

      Plaintiff,                                CASE NO. 13-10036
                                                    Judge Lawrence P. Zatkoff

-v-

COMMISSIONER
OF SOCIAL SECURITY,

      Defendant.
_____/

**OPINION AND ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

      Plaintiff filed the instant action seeking Supplemental Security Income under the Social Security Act.  This matter is currently before the Court on Magistrate Judge R. Steven Whalen's Report and Recommendation of February 4, 2014 (Docket #15), wherein the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment be granted in part, Defendant's Motion for Summary Judgment be denied, and that the case be remanded to Defendant for further review and consideration by the Administrative Law Judge ("ALJ").  Neither party has filed any objections to the Report and Recommendation.

      After a thorough review of the court file, the parties' respective motions and the Report and Recommendation, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court.  Therefore, IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment is DENIED, and Plaintiff's Motion for Summary Judgment is GRANTED IN PART.  In addition, pursuant to 42 U.S.C. § 405(g), the Court hereby REMANDS this matter to Defendant for further review and consideration in accord with the Report and Recommendation.

      IT IS SO ORDERED.

                                                                         s/Lawrence P. Zatkoff
                                                                         LAWRENCE P. ZATKOFF
Dated: March 5, 2014                                      UNITED STATES DISTRICT JUDGE